Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
Jenn Tetreault, Bar No. 035566
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, AZ 85284
daniel.oconnor@ocdlawfirm.com
danny.oconnor@ocdlawfirm.com
jenn.tetreault@ocdlawfirm.com
602-241-7000
*Attorneys for the State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JESSICA FIDLER, an individual; E.F., a minor, through his parent and guardian JESSICA FIDLER,<br><br>    Plaintiffs,<br><br>    vs.<br><br>STATE OF ARIZONA, a government entity; ALONZO BORBOA, individually and as an employee with the State of Arizona Department of Child Safety; NICHOLE GARCIA, individually and as an employee with the State of Arizona Department of Child Safety; EDWIN WANGLER, individually and as an employee with the State of Arizona Department of Child Safety; DANA BURDEN, individually and as an employee with the State of Arizona Department of Child Safety; JANET CAHILL, Ph.D, individually; JOHN and JANE DOES 1-10; BLACK and WHITE ENTITIES 1-10,<br><br>    Defendants. | Case No.:<br><br>**PETITION FOR REMOVAL** |

Pursuant to FED. R. CIV. P. 81(c), Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden ("Defendants"), by and through undersigned counsel, hereby petition for the removal of the above-captioned case from the Superior Court of Arizona, in and for the County of Maricopa, filed under Case No. CV2024-030202, to this Court and in support thereof assert:

1. This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and this action may be removed pursuant to 28 U.S.C. § 1441(a) because Plaintiffs allege violations pursuant to the First, Fourth, and Fourteenth Amendments of the United States Constitution.

2. To the extent that Plaintiffs allege violations of state law, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) because the state law claims form part of the same case or controversy as the federal question claims for which the Court has original jurisdiction.

3. This Petition for Removal is being filed within thirty (30) days after service of Plaintiffs' First Amended Complaint (Revised) and is timely filed under 28 U.S.C. § 1446(b).

4. Defendants' deadline to remove this case has not expired.

5. True and complete copies of all pleadings in the state court action and the civil docket are attached hereto at **Exhibits A.** Notice to Adverse Party of Removal to United States District Court, a true and correct copy of which is attached at **Exhibit B**, has been filed in the Superior Court for the State of Arizona, in the County of Maricopa, Case No. CV2024-030202.

6. All properly joined and served defendants have consented to the removal of this case from Superior Court of the State of Arizona, County of Maricopa, to the United States District Court for the District of Arizona.

Wherefore, Defendants respectfully request that the above action now pending in the Superior Court of the District of Arizona be removed to this Court.

Dated: February 18, 2025.

**O'CONNOR & DYET, P.C.**

By: /s/ Jenn Tetreault
Daniel J. O'Connor, Jr.
Danny O'Connor III
Jenn Tetreault
*Attorneys for the State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

Thomas A. Connelly
Robett T. Mills
Sean A. Woods
MILLS+ WOODS LAW PLLC
5055 North 12th Street, Suite IOI
Phoenix, Arizona 85014
docket@millsandwoods.com

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com

By: /s/Laura Larson