# EXHIBIT B

Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
Jenn Tetreault, Bar No. 035566
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, AZ 85284
daniel.oconnor@ocdlawfirm.com
danny.oconnor@ocdlawfirm.com
jenn.tetreault@ocdlawfirm.com
602-241-7000
*Attorneys for the State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JESSICA FIDLER, an individual; E.F., a minor, through his parent and guardian JESSICA FIDLER,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF ARIZONA, a government entity; ALONZO BORBOA, individually and as an employee with the State of Arizona Department of Child Safety; NICHOLE GARCIA, individually and as an employee with the State of Arizona Department of Child Safety; EDWIN WANGLER, individually and as an employee with the State of Arizona Department of Child Safety; DANA BURDEN, individually and as an employee with the State of Arizona Department of Child Safety; JANET CAHILL, Ph.D, individually; JOHN and JANE DOES 1-10; BLACK and WHITE ENTITIES 1-10,<br><br>Defendants. | Case No.: CV2024-030202<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>(Assigned to the Honorable Christopher Whitten) |

**TO PLAINTIFFS:**

Please take notice that a Notice of Removal of this action pursuant to 28 U.S.C. § 1441(a) was filed in the United States District Court for the District of Arizona on February 18, 2025.

A copy of the Petition of Removal is attached to this Notice as **Exhibit A** and is hereby served and filed in the above-captioned action.

Dated this 18th day of February, 2025.

**O'CONNOR & DYET, P.C.**

By: /s/*Jenn Tetreault*
  Daniel J. O'Connor, Jr.
  Danny O'Connor III
  Jenn Tetreault
  *Attorneys for the State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden*

**Original** of the foregoing e-filed with the Court and a **copy** sent by e-mail this 18th day of February, 2025 to:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com

. . .

. . .

. . .

- 2 -

1  DeeAn Gillespie Strub
2  Jenny D. Jansch
   GILLESPIE, SHIELDS, & TAYLOR
3  7319 North 16th Street
   Phoenix, Arizona 85020
4  mailroom@gillaw.com
   *Attorneys for Plaintiff*
5
6  By: /s/ Laura Larson