UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** **Jessica Fidler on behalf of E.F. (Minor) , ; Jessica Fidler , ; , ;** | **Defendant(s):** **State of Arizona , A Government Entity; Alonzo Borboa , Individually & as State of Arizona Employee; Nichole Garcia , Individually & as State of Arizona Employee; Edwin Wangler , Individually & as State of Arizona Employee; Dana Burden , Individually & as State of Arizona Employee; Janet Cahill , Individually & as State of Arizona Employee; , ;** |
| County of Residence: Maricopa | County of Residence: Maricopa |

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Thomas A. Connelly , Attorney**
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona  85014
480-999-4556

**Robert T. Mills , Attorney**
Mills & Woods Law PLLC
5055 North 12th Street Suite 101
Phoenix, Arizona  85014
480-999-4556

**Sean A. Woods , Attorney**
Mills & Woods Law PLLC
5055 North 12th Street Suite 101
Phoenix, Arizona  85014
480-999-4556

**DeeAn Gillespie Strub , Attorney**
Gillespie, Shields & Taylor
7319 North 16th Street
Phoenix, Arizona  85020
602-870-9700

**Jenny D. Jansch , Attorney**
Gillespie, Shields & Taylor
7319 North 16th Street
Phoenix, Arizona  85020
6028709783
,

,

Defendant's Atty(s):

**Daniel J. O'Connor , Attorney**
O'Connor & Dyet, P.C.
7955 South Priest Drive
Tempe, Arizona  85284
602-241-7000

**Danny O'Connor, III , Attorney**
O'Connor & Dyet, P.C.
7955 South Priest Drive
Tempe, Arizona  85284
602-241-7000

**Jenn I. Tetreault , Attorney**
O'Connor & Dyet, P.C.
7955 South Priest Drive
Tempe, Arizona  85284
602-241-4000

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2024-030202**

II. Basis of Jurisdiction:

3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:-

1 Citizen of This State

Defendant:-

N/A

IV. Origin :

2. Removed From State Court

V. Nature of Suit:

440 Other Civil Rights

VI. Cause of Action:

42 U.S.C. Section 1983

VII. Requested in Complaint

Class Action:

No

Dollar Demand:

Jury Demand:

Yes

VIII. This case **is not related** to another case.

**Signature:** s/ Jenn I. Tetreault

   **Date:** 02/17/2025

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014