**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| JESSICA FIDLER, an individual; E.F., a minor, through his parent and guardian JESSICA FIDLER | Plaintiffs | Thomas A. Connelly (#109430), Robert T. Mills (#018853), Sean A. Woods (Bar #028930), MILLS + WOODS LAW PLLC, 5055 North 12th Street, Suite 101, Phoenix, Arizona 85014, (480)999-4556   DeeAn Gillespie Strub (#009987), Jenny D. Jansch (#024431), GILLESPIE, SHIELDS, & TAYLOR, 7319 North 16th Street, Phoenix, AZ 85020, (602) 870-9700 |
| STATE OF ARIZONA, a government entity; and ALONZO BORBOA, NICHOLE GARCIA, EDWIN WANGLER, and DANA BURDEN, individually and as employees with the State of Arizona Department of Child Safety | Defendants | Daniel J. O'Connor, Jr. (010081), Danny O'Connor, III (034188), Jenn Tetreault (035566), O'CONNOR & DYET, P.C., 7955 South Priest Drive, Tempe, AZ 85284, (602) 241-7000 |
| JANET CAHILL, Ph.D, individually | Defendant Pro-Per | 2884 San Juan Cir., Minden, NV 97423 |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?   Yes ●   No ○
   If "Yes," by which party and on what date?
   Plaintiffs                                                                                   01/15/2025

3. **Answer:**
   Was an Answer made in another jurisdiction?   Yes ●   No ○
   If "Yes," by which party and on what date?
   Defendants                                                                                  02/05/2025

Supp CV Cover Sheet (rev 8/20/2015)

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| State of Arizona, Dana Burden, Alonzo Borboa | 01/16/2025 | Process server |
| Edwin Wangler | 01/19/2025 | Process server |
| Nicole Garcia | 01/21/2025 | Process server |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Janet Cahill | Unknown |
|  |  |
|  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A |  |
|  |  |
|  |  |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiffs | 42 U.S.C. § 1983, Retaliation, Abuse of Process, Negligence, Intentional Infliction of Emotion Distress, Aiding & Abetting |
|  |  |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**