IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler,<br><br>    Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>    Defendants. | No. CV-25-00570-PHX-DLR<br><br>**ORDER** |

This case has recently come before this Court. Upon review, the Court notes that, according to the supplemental civil cover sheet (Doc. 1-4), Defendant Janet Cahill has not been served. Accordingly,

**IT IS ORDERED** that Plaintiff shall advise the Court in writing by no later than **February 28, 2025**, as to the status of service on Defendant Cahill.

Dated this 20th day of February, 2025.

Douglas L. Rayes
Senior United States District Judge