Thomas A. Connelly (AZ Bar #109430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ #024431)
**GILLESPIE, SHIELDS, & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, *et al.*, | Case No. 2:25-cv-00570-DLR |
| Plaintiffs, | **NOTICE OF FILING PROOF OF SERVICE** |
| vs. | |
| State of Arizona, *et al.*, | (Honorable Douglas L. Rayes) |
| Defendants. | |

Plaintiffs, by and through undersigned counsel, hereby give Notice of Filing Proof of Service on Defendant Janet Cahill, Ph.D., attached hereto as Exhibit 1.

**RESPECTFULLY SUBMITTED** this 24th day of February, 2025.

        **MILLS + WOODS LAW PLLC**

        Thomas A. Connelly
        Robert T. Mills
        Sean A. Woods
        5055 North 12th Street, Suite 101
        Phoenix, Arizona 85014

**GILLESPIE, SHIELDS, & TAYLOR**

By */s/ Jenny D. Jansch*
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

　　/s/ Jenny D. Jansch

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556