# EXHIBIT 1

Thomas A. Connelly (AZ Bar #109430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ #024431)
**GILLESPIE, SHIELDS, & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

JESSICA FIDLER, et al.

    Plaintiff

v.

STATE OF ARIZONA, et al.

    Defendant

Case No. CV2024-030202

### AFFIDAVIT OF SERVICE

I, **Dawn Calhoun**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under **NV PILB LIC #2602**, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received **1 copy** of the **Summons, First Amended Complaint, Combined Exhibits 1st Amended, Certificate of Compulsory Arbitration, and Notice of Errata on 1/16/2025** and served the same on **1/16/2025** at **2:51 pm** by serving **Janet Cahill PH.D.** by personally delivering and leaving a copy with **Janet Cahill PH.D. (Age: 67, Sex: F, Race/Skin Color: Caucasian, Height: 4'9", Weight: 115, Hair: Grey, Glasses: N),** at **2884 San Juan Circle, Minden, NV 89423.**

I declare under penalty of perjury under the law of the State of Arizona that the foregoing is true and correct.

*[signature]*
Dawn Calhoun, NV PILB #2602

1/17/2025
Date

L & J Legal Service and Investigations
722 E. Osborn Rd
Phoenix, AZ 85014
(602) 212-9060

Job No. 2025000087