1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9  Jessica Fidler,

No. CV-25-00570-PHX-DLR

10           Plaintiff,

**ORDER**

11  v.

12  State of Arizona, et al.,

13           Defendants.

14

15        After review of the docket, the Court notes that Defendant Janet Cahill was served

16  on January 16, 2025.  As of the date of this order, no answer has been filed and no

17  application for entry of default has been made.

18        **IT IS ORDERED** that counsel for Plaintiff shall file a status report within **7 days**

19  of the date of this Order concerning the status of its case against this Defendant.

20        **IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate

21  Defendant Janet Cahill without further order of the Court, if Plaintiff fails to file either a

22  status report or an application for entry of default within the timeframe specified herein.

23        Dated this 24th day of February, 2025.

24
25
26

Douglas L. Rayes
Senior United States District Judge

27
28