Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**Mills + Woods Law pllc**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480-999-4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**Gillespie, Shields & Taylor**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> State of Arizona, *et al.*, <br><br> Defendants. | Case No.: CV-25-00570-PHX-DLR <br><br> **STATUS REPORT RE: DEFENDANT JANET CAHILL** <br><br> (Hon. Douglas L. Rayes) |

Pursuant to the Court's Order (Doc. 8), Plaintiffs file this Status Report to inform the Court of the status of their case against Defendant Janet Cahill. Plaintiff earlier informed this Court that service of process on Defendant Cahill is complete. *See* (Doc. 7). On or about 31 January 2025, undersigned counsel received via UPS ground delivery purportedly from Defendant Cahill, the document attached hereto as **Attachment A**, titled *Answers and Reponses to Superior Court of Arizona in Maricopa County, Case Number CV2024-030202* (the "document"). The document does not include a service certificate; thus, counsel does not know whether the document was also sent to the Maricopa County

Superior Court or to any other Defendants. Nor does counsel see an entry in the docket Maricopa County Superior Court docket showing the document to have been filed with the Court Clerk or that Defendant Cahill paid the filing fee in that court. Finally, there is no indication in the document that Defendant Cahill is represented by counsel; it seems she is appearing pro per. Defendant Cahill's last known street address and email address are contained below in the service certificate.

Plaintiffs filed a similar Notice in the Maricopa County Superior Court on February 7, 2025, before State Defendants removed this matter to this Court. *See* **Exhibit 1**.

**RESPECTFULLY SUBMITTED** this 27th day of February 2025.

**MILLS + WOODS LAW PLLC**

By   */s/ Thomas A. Connelly*
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
    DeeAn Gillespie Strub
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, AZ 85020
    *Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record identified below via the Court's CM/ECF system.

Janet Cahill
jcahill25@icloud.com
2004 San Juan Cir.
Minden, NV 89423
*Pro per*

Daniel J. O'Connor, Jr.
Danny O'Connor, III
Jenn Tetreault
O'CONNOR & DYET P.C.
daniel.oconnor@ocdlawfirm.com
danny.oconnor@ocdlawfirm.com
jenn.tetreault@ocdlawfirm.com
7955 S. Priest Dr.
Tempe, AZ 85284
*Attorneys for State Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden*

　　　/s/ Thomas A. Connelly

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3