# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jessica Fidler,<br><br>    Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>    Defendants. | No. CV-25-00570-PHX-DLR<br><br>**ORDER** |

The Court has reviewed Plaintiff's Status Report re: Defendant Janet Cahill (Doc. 9), which included an attachment that Plaintiff's counsel received from Defendant Cahill entitled "Answers and Responses to Superior Court of Arizona in Maricopa County". This document appears to have been mailed only to Plaintiff's counsel. Defendant Cahill never filed an answer to Plaintiff's complaint with the Court. Therefore, the Court will sua sponte extend the deadline for Defendant Cahill to answer. Accordingly,

**IT IS ORDERED** that Defendant Cahill shall file an answer to Plaintiff's complaint with the Court no later than **March 14, 2025**.

Dated this 28th day of February, 2025.

Douglas L. Rayes
Senior United States District Judge