Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
Jenn Tetreault, Bar No. 035566
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, AZ 85284
daniel.oconnor@ocdlawfirm.com
danny.oconnor@ocdlawfirm.com
jenn.tetreault@ocdlawfirm.com
602-241-7000
*Attorneys for Defendants State of Arizona,*
*Alonzo Borboa, Nichole Garcia, Edwin*
*Wangler, and Dana Burden*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, | Case No.: 25-cv-00570 |
| Plaintiff, | |
| v. | **DEFENDANTS STATE OF ARIZONA, BORBOA, GARCIA, WANGLER, AND BURDEN'S NOTICE OF SERVICE OF DISCLOSURE STATEMENT** |
| State of Arizona a government entity; ALONZO BORBOA, individually and as an employee with the State of Arizona Department of Child Safety; NICHOLE GARCIA, individually and as an employee with the State of Arizona Department of Child Safety; EDWIN WANGLER, individually and as an employee with the State of Arizona Department of Child Safety; DANA BURDEN, individually and as an employee with the State of Arizona Department of Child Safety; JANET CAHILL, Ph.D, individually; | (Assigned to the Honorable Douglas L. Rayes) |
| Defendants. | |

NOTICE is hereby given that on March 11, 2025, Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden ("Sate Defendants") served all counsel via email only:

1. State Defendants' Initial Rule 26.1 Disclosure Statement.

Dated: March 12, 2025.

**O'CONNOR & DYET, P.C.**

By: /s/ Jenn Tetreault
Daniel J. O'Connor, Jr.
Danny O'Connor III
Jenn Tetreault
*Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

Thomas A. Connelly
Robett T. Mills
Sean A. Woods
MILLS+ WOODS LAW PLLC
5055 North 12th Street, Suite IOI
Phoenix, Arizona 85014
docket@millsandwoods.com

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com

By: /s/Laura Larson