Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, *et al.*, <br><br> Defendants. | Case No.: CV-25-000570-PHX-DLR <br><br> **NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT** <br><br> (Hon. Douglas L. Rayes) |

**NOTICE IS HEREBY GIVEN** that Plaintiffs have served their Initial Rule 26(a)(2) Disclosure Statement to State Defendants via email to their counsel and to Defendant Cahill via email to her at her last known email address.

**RESPECTFULLY DATED** this 12th day of March 2025.

                                                **MILLS + WOODS LAW PLLC**

                                                By  */s/ Thomas A. Connelly*
                                                     Thomas A. Connelly
                                                     Robert T. Mills
                                                     Sean A. Woods
                                                     5055 North 12th Street, Suite 101
                                                   Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March 2025, I caused the foregoing document to be served on counsel of record via email, as well as an email copy to pro per Defendant Cahill at her last known email address.

    /s/ Thomas A. Connelly

2