Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Fidler, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, *et al.*, <br><br> Defendants. | Case No.: CV-25-000570-PHX-DLR <br><br> **NOTICE OF SERVICE OF DISCOVERY** <br><br> (Hon. Douglas L. Rayes) |

**NOTICE IS HEREBY GIVEN** that Plaintiffs served their First Set of Requests for Production of Documents to Defendant Janet Cahill, Ph.D. this same day.

**RESPECTFULLY SUBMITTED** this 18th day of March 2025.

         **MILLS + WOODS LAW PLLC**

         By  */s/ Thomas A. Connelly*
           Thomas A. Connelly
           Robert T. Mills
           Sean A. Woods
           5055 North 12th Street, Suite 101
           Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March 2025, I caused the foregoing document to be served on counsel of record via the Court's ECF system.

    /s/ Thomas A. Connelly

2