Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>        Defendants. | Case No.: CV-25-000570-PHX-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Hon. Douglas L. Rayes) |

      **NOTICE IS HEREBY GIVEN** that Plaintiffs served: (i) First Set of Non-Uniform Interrogatories to State Defendants; (ii) First Set of Non-Uniform Interrogatories to Defendant Cahill; and (iii) Second Set of Requests for Production of Documents to Defendant Janet Cahill, Ph.D., this same day.

      **RESPECTFULLY SUBMITTED** this 19th day of March 2025.

**MILLS + WOODS LAW PLLC**

By  /s/ Thomas A. Connelly
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
    DeeAn Gillespie Strub
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March 2025, I caused the foregoing document to be served on counsel of record via the Court's ECF system.

    /s/ Thomas A. Connelly