Brian Bergin, #016375
Anthony R. Napolitano, #034586
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: (602) 888-7855
Facsimile: (602) 888-7856
bbergin@bfsolaw.com
anapolitano@bfsolaw.com
*Attorneys for Defendant Cahill*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, an individual; E.F., a minor, through his parent and guardian Jessica Fidler,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a government entity, et al.,<br><br>Defendants. | Case No.: 2:25-cv-00570-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendant Janet Cahill ("Defendant") hereby gives notice that her First Set of Interrogatories to Plaintiff E.F. and First Set of Requests for Production to Plaintiff E.F. were served via electronic mail on April 4, 2025.

DATED this 4th day of April, 2025.

                                        **BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**

                                        By: */s/ Anthony R. Napolitano*
                                        Brian Bergin
                                        Anthony R. Napolitano
                                        4343 East Camelback Road, Suite 210
                                        Phoenix, AZ 85018
                                        *Attorneys for Defendant Cahill*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, I electronically transmitted the foregoing document for filing with the Arizona District Court Clerk's Office using the CM/ECF system for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Shelly Hilton*