Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor, III, Bar No. 034188
Jenn Tetreault, Bar No. 035566
**O'CONNOR LAW P.C.**
7955 South Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
jenn.tetreault@occlaw.com
602-241-7000

*Attorneys for Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler,<br><br>          Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>          Defendants. | Case No.: 25-cv-00570<br><br>**DEFENDANTS' NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS**<br><br>(Assigned to the<br>Honorable Douglas L. Rayes) |

Defendants, State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden, through undersigned counsel, hereby notifies the Court and counsel of the following change to the name and e-mail addresses of the undersigned law firm:

**O'CONNOR LAW P.C.**
7955 S. Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
jenn.tetreault@occlaw.com

Please note: the address, telephone and facsimile numbers will remain the same.

Dated this 14th day of April, 2025.

**O'CONNOR LAW P.C.**

By: /s/ *Jenn Tetreault*
Daniel J. O'Connor, Jr.
Danny O'Connor III
Jenn Tetreault
*Attorneys for Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden*

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

Thomas A. Connelly
Robett T. Mills
Sean A. Woods
MILLS+ WOODS LAW PLLC
5055 North 12th Street, Suite IOI
Phoenix, Arizona 85014
docket@millsandwoods.com

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com

*Attorneys for Plaintiffs*

Brian Bergin
Anthony R. Napolitano
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E. Camelback Road, Suite 210
Phoenix, AZ 85018
bbergin@bfsolaw.com
anapolitano@bfsolaw.com
*Attorneys for Defendant Cahill*

*/s/ T. Gation*