Brian Bergin, #016375
Anthony R. Napolitano, #034586
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: (602) 888-7855
Facsimile: (602) 888-7856
bbergin@bfsolaw.com
anapolitano@bfsolaw.com
*Attorneys for Defendant Cahill*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, an individual; E.F., a minor, through his parent and guardian Jessica Fidler,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>State of Arizona, a government entity, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 2:25-cv-00570-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendant Janet Cahill, PhD ("Defendant") hereby gives notice that her Initial Disclosure Statement was served via electronic mail on June 13, 2025.

DATED this 13th day of June, 2025.

　　　　　　　　　　　**Bergin, Frakes, Smalley & Oberholtzer, PLLC**

　　　　　　　　　　　By: */s/ Anthony R. Napolitano*
　　　　　　　　　　　Brian Bergin
　　　　　　　　　　　Anthony R. Napolitano
　　　　　　　　　　　4343 East Camelback Road, Suite 210
　　　　　　　　　　　Phoenix, AZ 85018
　　　　　　　　　　　*Attorneys for Defendant Cahill*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, I electronically transmitted the foregoing document for filing with the Arizona District Court Clerk's Office using the CM/ECF system for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Shelly Hilton*