Thomas A. Connelly (AZ Bar #109430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ #024431)
**GILLESPIE, SHIELDS, & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATE DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> State of Arizona, *et al.*, <br><br> Defendants. | Case No.: CV-25-00570-PHX-DLR <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

   NOTICE IS HEREBY GIVEN that Plaintiffs Jessica Fidler and E.F., by and through undersigned counsel, served on Defendants this 23rd day of June 2025, the following:

1. Response to Defendant Cahill's First Set of Requests for Production to Plaintiff E.F.

2. Response to Defendant Cahill's First Set of Interrogatories to Plaintiff E.F.

3. Response to Request for Production of Documents to Plaintiff Jessica Fidler.

4. Response to Non-Uniform Interrogatories to Plaintiff Jessica Fidler.

**RESPECTFULLY SUBMITTED** this 23rd day of June 2025.

**MILLS + WOODS LAW PLLC**

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

**GILLESPIE, SHIELDS, & TAYLOR**

By *Jenny D. Jansch*
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on 23rd day of June 2025 the forgoing Notice of Service of Discovery was efiled and served upon parties' counsel of record via the Court's CM/ECF system and electronically transmitted the foregoing documents to all Defendants by email through their counsel as noted below.

Brian Bergin
Anthony R. Napolitano
BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC
4343 E. Camelback Rd., Ste. 210
Phoenix, AZ 85018
bbergin@bfsolaw.com
anapolitano@bfsolaw.com
*Attorneys for Defendant Cahill*

2

Daniel J. O'Connor, Jr.
Danny O'Conner, III
Jenn Tetreault
O'CONNOR LAW, P.C.
7955 S. Priest Dr.
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
jenn.tetreault@occlaw.com
*Attorneys for State Defendants*

*Jenny D. Jansch*

MILLS + WODDS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

3