Brian Bergin, #016375
Anthony R. Napolitano, #034586
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: (602) 888-7855
Facsimile: (602) 888-7856
bbergin@bfsolaw.com
anapolitano@bfsolaw.com
*Attorneys for Defendant Cahill*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Fidler, an individual; E.F., a minor, through his parent and guardian Jessica Fidler,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a government entity, et al.,<br><br>Defendants. | Case No.: 2:25-cv-00570-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendant Janet Cahill, PhD, by and through undersigned counsel, hereby gives notice that Defendant Cahill's Responses to Plaintiffs' First Set of Non-Uniform Interrogatories to Defendant Janet Cahill, Ph.D., Defendant Cahill's Responses to Plaintiff Jessica Fidler's First Requests for the Production of Documents to Defendant Cahill, and Defendant Cahill's Responses to Plaintiff Jessica Fidler's Second Requests for Production of Documents to Defendant Cahill were served via electronic mail on June 30, 2025.

/ / /

/ / /

/ / /

DATED this 30th day of June, 2025.

**BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**

By: */s/ Anthony R. Napolitano*
Brian Bergin
Anthony R. Napolitano
4343 East Camelback Road, Suite 210
Phoenix, AZ 85018
*Attorneys for Defendant Cahill*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, I electronically transmitted the foregoing document for filing with the Arizona District Court Clerk's Office using the CM/ECF system for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Shelly Hilton*