Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS &TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, *et al.*, <br><br> Defendants. | Case No.: CV-25-000570-PHX-DLR <br><br> **NOTICE OF SERVICE** <br><br> (Hon. Douglas L. Rayes) |

  **NOTICE IS HEREBY GIVEN** that Plaintiffs have served their First Supplemental Rule 26 Disclosure Statement to Defendants via email to their counsel.

  **RESPECTFULLY DATED** this 8th day of September 2025.

                **MILLS + WOODS LAW PLLC**

                Thomas A. Connelly
                Robert T. Mills
                Sean A. Woods
                5055 North 12th Street, Suite 101
                Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

By  /s/ Jenny D. Jansch
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2025, I electronically transmitted the foregoing document to be filed electronically through the CM/ECF System and to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Jenny D. Jansch*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2