Brian Bergin, #016375
Anthony R. Napolitano, #034586
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: (602) 888-7855
Facsimile: (602) 888-7856
bbergin@bfsolaw.com
anapolitano@bfsolaw.com
*Attorneys for Defendant Cahill*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, an individual; E.F., a minor, through his parent and guardian Jessica Fidler,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a government entity, et al.,<br><br>Defendants. | Case No.: 2:25-cv-00570-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendant Janet Cahill, PhD, by and through undersigned counsel, hereby gives notice that Defendant Cahill's Second Supplemental Disclosure Statement was served via electronic mail on September 8, 2025.

DATED this 8th day of September, 2025.

> **BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**
>
> By: */s/ Anthony R. Napolitano*
> Brian Bergin
> Anthony R. Napolitano
> 4343 East Camelback Road, Suite 210
> Phoenix, AZ 85018
> *Attorneys for Defendant Cahill*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2025, I electronically transmitted the foregoing document for filing with the Arizona District Court Clerk's Office using the CM/ECF system for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Shelly Hilton*

2