Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
Jenn Tetreault, Bar No. 035566
**O'CONNOR LAW P.C.**
7955 South Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
jenn.tetreault@occlaw.com
602-241-7000
*Attorneys for Defendants State of Arizona, Alonzo Borboa,
Nichole Garcia, Edwin Wangler, and Dana Burden*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona a government entity; ALONZO BORBOA, individually and as an employee with the State of Arizona Department of Child Safety; NICHOLE GARCIA, individually and as an employee with the State of Arizona Department of Child Safety; EDWIN WANGLER, individually and as an employee with the State of Arizona Department of Child Safety; DANA BURDEN, individually and as an employee with the State of Arizona Department of Child Safety; JANET CAHILL, Ph.D., individually;<br><br>　　　　Defendants. | Case No.: 25-cv-00570<br><br>**DEFENDANTS STATE OF ARIZONA, BORBOA, GARCIA, WANGLER, AND BURDEN'S NOTICE OF SERVICE OF DISCLOSURE STATEMENT**<br><br>(Assigned to the<br>Honorable Douglas L. Rayes) |

NOTICE is hereby given that on October 30, 2025, Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden ("State Defendants") served all counsel via email only:

1.     State Defendants' Second Supplemental Disclosure Statement.

Dated: October 30, 2025.

**O'CONNOR LAW, P.C.**

By: */s/ Danny O'Connor, III*
    Daniel J. O'Connor, Jr.
    Danny O'Connor III
    Jenn Tetreault
    *Attorneys for State Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS+ WOODS LAW PLLC
5055 North 12th Street, Suite IOI
Phoenix, Arizona 85014
docket@millsandwoods.com

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com

Brian Bergin
Anthony R. Napolitano
BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC
4343 E. Camelback Road, Suite 210
Phoenix, AZ 85018
bbergin@bfsolaw.com
anapolitano@bfsolaw.com
*Attorneys for Defendant Cahill*


By: */s/ T. Gation*