1 Daniel J. O'Connor, Jr., Bar No. 010081
2 Danny O'Connor III, Bar No. 034188
Laura Flores, Bar No. 028057
3 **O'CONNOR LAW P.C.**
7955 South Priest Drive
4 Tempe, AZ 85284
daniel.oconnor@occlaw.com
5 danny.oconnor@occlaw.com
6 laura.flores@occlaw.com
602-241-7000
7 *Attorneys for Defendants State of Arizona,*
*Alonzo Borboa, Nichole Garcia, Edwin*
8 *Wangler, and Dana Burden*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, | Case No.: 2:25-cv-00570-DLR |
| Plaintiff, | |
| v. | **DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |
| State of Arizona, et al., | |
| Defendants. | (Assigned to the Honorable Douglas L. Rayes) |

Daniel J. O'Connor, Jr., Danny O'Connor III, and Jenn Tetreault hereby notify the Court and counsel of record that Laura Flores of O'Connor Law P.C. will substitute in place of Jenn Tetreault as counsel for Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden.

Please direct all future pleadings, discovery, correspondence, and case-related matters to Daniel J. O'Connor, Jr., Danny O'Connor III, and Laura Flores.

/ / /

/ / /

1 | Dated this 21st day of January 2026.

**O'CONNOR LAW P.C.**

By: */s/ Laura Flores*
    Daniel J. O'Connor, Jr.
    Danny O'Connor III
    Laura Flores
    *Attorneys for Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System.

A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| Thomas A. Connelly<br>Robert T. Mills<br>Sean A. Woods<br>MILLS + WOODS LAW PLLC<br>5055 North 12th Street, Suite 101<br>Phoenix, Arizona 85014<br>docket@millsandwoods.com | DeeAn Gillespie Strub<br>Jenny D. Jansch<br>GILLESPIE, SHIELDS & TAYLOR<br>7319 North 16th Street<br>Phoenix, Arizona 85020<br>mailroom@gillaw.com<br>*Attorneys for Plaintiffs* |

Brian Bergin
Anthony R. Napolitano
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E. Camelback Road, Suite 210
Phoenix, AZ 85018
602.888.7855
bbergin@bfsolaw.com
anapolitano@bfsolaw.com
*Attorneys for Defendant Cahill*

By: */s/ J. Garcia*