Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
Laura Flores, Bar No. 028057
**O'CONNOR LAW P.C.**
7955 South Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
laura.flores@occlaw.com
602-241-7000
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, *et al.*, | Case No.: 2:25-cv-00570-DLR |
| Plaintiffs, | **STATE DEFENDANTS' NOTICE OF SERVICE OF RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS** |
| v. | |
| State of Arizona, *et al.*, | (Assigned to the Honorable Douglas L. Rayes) |
| Defendants. | |

NOTICE is hereby given that on January 21, 2026, Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden ("State Defendants") served all counsel via email only:

1. State Defendants' Responses to Plaintiffs' First Set of Non-Uniform Interrogatories;

2. State Defendants' Responses to Plaintiffs' Second Set of Non-Uniform Interrogatories;

3. State Defendants' Responses to Plaintiffs' First Requests for Production; and

4. State Defendants' Responses to Plaintiffs' Second Requests for Production.

/ / /

DATED this 22nd day of January 2026.

**O'CONNOR LAW P.C.**

By: */s/ Danny O'Connor III*
    Daniel J. O'Connor, Jr.
    Danny O'Connor III
    Laura Flores
    *Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

Brian Bergin
Anthony R. Napolitano
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E. Camelback Road, Suite 210
Phoenix, AZ 85018
602.888.7855
bbergin@bfsolaw.com
anapolitano@bfsolaw.com
*Attorneys for Defendant Cahill*

By: */s/ J. Garcia*