Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
Laura Flores, Bar No. 028057
**O'CONNOR LAW P.C.**
7955 South Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
laura.flores@occlaw.com
602-241-7000
*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, et al., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF ARIZONA, a government entity; ALONZO BORBOA, individually and as an employee with the State of Arizona Department of Child Safety; NICHOLE GARCIA, individually and as an employee with the State of Arizona Department of Child Safety; EDWIN WANGLER, individually and as an employee with the State of Arizona Department of Child Safety; DANA BURDEN, individually and as an employee with the State of Arizona Department of Child Safety; JANET CAHILL, Ph.D, individually; <br><br> Defendants. | Case No.: 2:25-cv-00570-DLR <br><br> **JOINT MOTION TO AMEND SCHEDULING ORDER (DOC. 21)** <br><br> **(First Request)** <br><br> (Assigned to the Honorable Douglas L. Rayes) |

Pursuant to FED. R. CIV. P. 6(b)(1)(A) and LRCiv 7.3, Plaintiffs Jessica Fidler and E.F. ("Plaintiffs") and Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden ("State Defendants"), and Defendant Janet Cahill (collectively, the "Parties"), respectfully request this Court amend the Scheduling Order (Doc. 21) by a period of approximately four months, as set forth below and in the attached Proposed Amended

Scheduling Order. This is the Parties' first request to extend any deadlines in this matter. This request is made in good faith and not for purposes of delay.

Good cause exists for this request because the Parties have been conducting discovery and have exchanged over 35,000 pages of documents to date. However, several factors necessitate additional time to respond to written discovery requests, conduct depositions, expert evaluations, and other discovery matters.

First, State Defendants recently served their responses to written discovery requests (i.e., interrogatories and document requests) served on them by Plaintiffs on March 18, 2025 and December 22, 2025.

Second, given the voluminous document production in this matter to date, the Parties are only now in the process of scheduling at least eight lay-witness depositions.

Third, unfortunately, Defendant Cahill has been experiencing serious health issues and is undergoing further testing to determine her capacity and competency to assist in her defense, be deposed, and testify at trial. The recent disclosure of her present condition will also engender additional written discovery requests to Defendant Cahill by Plaintiffs. Additional time will allow the Parties properly evaluate the situation, resolve any potential discovery disputes, and conduct additional discovery as needed.

Fourth, additional time will also allow the Parties to conduct appropriate expert discovery. For example, Defendants intend to conduct Independent Psychological Examinations ("IPEs") of Plaintiff and her minor son, E.F., and potentially an Independent Medical Examination ("IME") of E.F. as well, pursuant to FED. R. CIV. P. 35. Plaintiffs currently object to the prospect of an IME of E.F., asserting that E.F.'s medical condition is not at issue in any of their claims nor a source of any damages sought. Additional time will allow the Parties' claims and defenses to be more fully developed through written discovery and deposition testimony, hopefully resolving any discovery disputes without court intervention.

For these reasons, the Parties' respectfully request the Court amend the Scheduling Order as follows:

| Deadline | Current | Proposed |
|---|---|---|
| Plaintiff's Expert Disclosures | January 9, 2026 | **May 8, 2026** |
| Defendants' Expert Disclosures | February 6, 2026 | **June 8, 2026** |
| Plaintiff's Expert Rebuttals | March 6, 2026 | **July 6, 2026** |
| Written Discovery | March 17, 2026 | **July 17, 2026** |
| Lay Witness Depositions | April 26, 2026 | **August 26, 2026** |
| Expert Depositions | May 1, 2026 | **August 31, 2026** |
| Completion of Fact Discovery | May 1, 2026 | **August 31, 2026** |
| Notice of Dispositive Motions | May 8, 2026 | **September 7, 2026** |
| Good Faith Settlement Talks | May 29, 2026 | **September 26, 2026** |
| Dispositive Motions | August 28, 2026 | **December 7, 2026** |

Dated: February 4, 2026.

**O'CONNOR LAW P.C.**

By: */s/ Danny O'Connor III*
    Daniel J. O'Connor, Jr.
    Danny O'Connor III
    Laura Flores
    *Attorneys for State Defendants*

**BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**

By: */s/ Brian Bergin (with permission)*
    Brian Bergin
    Kevin Kasarjian
    *Attorneys for Defendant Cahill*

**MILLS+WOODS LAW PLLC**

By: */s/ Thomas A. Connelly (with permission)*
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS+ WOODS LAW PLLC
5055 North 12th Street, Suite IOI
Phoenix, Arizona 85014
docket@millsandwoods.com

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com

*Attorneys for Plaintiff*

Brian Bergin
Kevin Kasarjian
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E. Camelback Road, Suite 210
Phoenix, AZ 85018
bbergin@bfsolaw.com
kkasarjian@bfsolaw.com
*Attorneys for Defendant Cahill*

By: /s/ J. Garcia