1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, | Case No.: 2:25-cv-00570-DLR |
| Plaintiff, | |
| v. | **[PROPOSED] AMENDED SCHEDULING ORDER** |
| STATE OF ARIZONA, a government entity; ALONZO BORBOA, individually and as an employee with the State of Arizona Department of Child Safety; NICHOLE GARCIA, individually and as an employee with the State of Arizona Department of Child Safety; EDWIN WANGLER, individually and as an employee with the State of Arizona Department of Child Safety; DANA BURDEN, individually and as an employee with the State of Arizona Department of Child Safety; JANET CAHILL, Ph.D, individually; | |
| Defendants. | |

THIS MATTER, having coming before the Court pursuant to the Parties' Joint Motion to Amended the Scheduling Order (Doc. 36), and good cause appearing therein,

IT IS HEREBY ORDERED, granting the Motion and amending the current Scheduling Order (Doc. 21) as follows:

| | |
|---|---|
| Plaintiff's Expert Disclosures | **May 8, 2026** |
| Defendants' Expert Disclosures | **June 8, 2026** |

| Plaintiff's Expert Rebuttals | **July 6, 2026** |
|---|---|
| Written Discovery | **July 17, 2026** |
| Lay Witness Depositions | **August 26, 2026** |
| Expert Depositions | **August 31, 2026** |
| Completion of Fact Discovery | **August 31, 2026** |
| Notice of Dispositive Motions | **September 7, 2026** |
| Good Faith Settlement Talks | **September 26, 2026** |
| Dispositive Motions | **December 7, 2026** |

Dated this __ day of February, 2026.

_____
Douglas L. Rayes
Senior United States District Judge