IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　Defendants. | No. CV-25-00570-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Joint Motion to Amend Scheduling Order (Doc. 36), and good cause appearing;

**IT IS ORDERED** that the parties' joint motion is **GRANTED**. The Court's Scheduling Order (Doc. 21) is amended as follows:

| | |
|---|---|
| Plaintiff's Expert Disclosures | **May 8, 2026** |
| Defendants' Expert Disclosures | **June 8, 2026** |
| Plaintiff's Expert Rebuttals | **July 6, 2026** |
| Written Discovery | **July 17, 2026** |
| Lay Witness Depositions | **August 26, 2026** |
| Expert Depositions | **August 31, 2026** |
| Completion of Fact Discovery | **August 31, 2026** |
| Notice of Dispositive Motions | **September 7, 2026** |
| Good Faith Settlement Talks | **September 26, 2026** |

| Dispositive Motions | **December 7, 2026** |

All remaining provisions of the Scheduling Order remain unchanged.

Dated this 5th day of February, 2026.

_____
Douglas L. Rayes
Senior United States District Judge