Brian Bergin, #016375
Kevin Kasarjian, #020523
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: (602) 888-7855
Facsimile: (602) 888-7856
bbergin@bfsolaw.com
kkasarjian@bfsolaw.com
*Attorneys for Defendant Cahill*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, an individual; E.F., a minor, through his parent and guardian Jessica Fidler, | Case No.: 2:25-cv-00570-DLR |
| Plaintiffs, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| State of Arizona, a government entity, et al., | |
| Defendants. | |

Defendant Janet Cahill, PhD, by and through undersigned counsel, hereby gives notice that Defendant Cahill's Responses to (1) Plaintiff's Second Set of Non-Uniform Interrogatories to Defendant Janet Cahill Ph.D. and (2) Plaintiff Jessica Fidler's Third Request for the Production of Documents to Defendant Cahill were served via electronic mail on March 3, 2026.

/ / /

/ / /

/ / /

DATED this 3rd day of March, 2026.

**BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**

By: */s/ Brian Bergin*
Brian Bergin
Kevin Kasarjian
4343 East Camelback Road, Suite 210
Phoenix, AZ 85018
*Attorneys for Defendant Cahill*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically transmitted the foregoing document for filing with the Arizona District Court Clerk's Office using the CM/ECF system for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Shelly Hilton*

2