Brian Bergin, #016375
Kevin Kasarjian, #020523
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: (602) 888-7855
Facsimile: (602) 888-7856
bbergin@bfsolaw.com
kkasarjian@bfsolaw.com
*Attorneys for Defendant Cahill*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, an individual; E.F., a minor, through his parent and guardian Jessica Fidler, | Case No.: 2:25-cv-00570-DLR |
| Plaintiffs, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| vs. | |
| State of Arizona, a government entity, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Anthony R. Napolitano is no longer associated with Bergin, Frakes, Smalley & Oberholtzer, PLLC ("BFSO") and is no longer appearing as counsel for defendants in this matter. Mr. Napolitano should therefore be removed from the distribution list of this case. Defendant Cahill will continue to be represented in this matter by Brian Bergin and Kevin Kasarjian of BFSO.

/ / /

/ / /

/ / /

DATED this 23rd day of April, 2026.

**BERGIN, FRAKES, SMALLEY &**
**OBERHOLTZER, PLLC**

By: */s/ Brian Bergin*
Brian Bergin
Kevin Kasarjian
4343 East Camelback Road, Suite 210
Phoenix, AZ 85018
*Attorneys for Defendant Cahill*

### CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, I electronically transmitted the foregoing document for filing with the Arizona District Court Clerk's Office using the CM/ECF system for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.


By: */s/ Shelly Hilton*

2