Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, *et al.*,<br>Defendants. | Case No.: CV-25-000570-PHX-DLR<br><br>**PLAINTIFFS' SECOND SUPPLEMENTAL RULE 26 DISCLOSURE STATEMENT**<br><br>(Hon. Douglas L. Rayes) |

Plaintiffs, through counsel undersigned, hereby make the following supplement to their initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1). These disclosures are based upon information that is presently reasonably available to Plaintiffs. As discovery is ongoing, Plaintiffs have not completed their investigation into additional facts, documents, witnesses, or experts which may further support their Complaint. Plaintiffs reserve the right to present witnesses, documents, experts, and evidence in addition to that which is disclosed herein. Moreover, Plaintiffs recognize their continuing obligation under Federal Rule of Civil Procedure 26(e)(1) and (2) to supplement these disclosures at appropriate intervals and will do so in a timely manner as Plaintiffs become

aware of and/or receive additional relevant information during discovery in this case. These disclosures do not constitute waiver of any work product protection and are without prejudice to any other issue or argument. ***All supplemented material is bolded and italicized. Changed or removed material is bolded and*** ~~***struck through***~~

**DATED** this 8th day of May 2026.

**MILLS + WOODS LAW PLLC**

By     */s/ Thomas A. Connelly*
      Thomas A. Connelly
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020
*Attorneys for Plaintiffs*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**DISCLOSURES**

**I.   Individuals who may have discoverable information relevant to disputed facts alleged with particularity in the pleadings.**

Attached in **Appendix A** is Plaintiffs' list of individuals who may have discoverable information relevant to disputed facts alleged with particularity in the pleadings.

*See* **Appendix A: Initial Individual Disclosures**

**II.  Description by category and location of documents, data, compilations, and tangible things in possession, custody or control of Plaintiffs which may be used to support claims.**

Attached in **Appendix B** are disclosures which describe the documents, data compilations, and tangible things in Plaintiffs' possession or that Plaintiffs' reasonably believe exist in the possession, custody, and control of Defendants and/or third-party witnesses that may be relevant to disputed facts alleged with particularity in the pleadings. Plaintiffs believe that most or all of these documents are in Defendants' custody and control. If any information is in the custody or control of third-parties, Plaintiffs will request that information from relevant third-parties. Discovery is only getting underway, and Plaintiffs expect to identify through discovery additional categories of relevant documents likely to support Plaintiffs' claims. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(B), Plaintiffs contemplate using the following categories of documents to support their claims:

*See* **Appendix B: Initial Document Disclosures**

**III.   DAMAGES**

General damages and special damages according to proof, but in no event less than $3,500,000.00 including, but not limited to economic losses, medical costs, hedonic damages, psychological trauma and emotional distress.

## IV.    INSURANCE AGREEMENTS

Plaintiffs do not have direct knowledge of any such insurance agreements but expect that each of the Defendants carry insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in this action.

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**APPENDIX A**

**Individuals who may have discoverable information relevant to disputed facts alleged with particularity in the pleadings:**

**WITNESSES**

1. Name:            Jessica Fidler
   Relationship:    *Plaintiff*, mother of *Plaintiff* E.F., a minor child
   Counsel:         Thomas A. Connelly, Mills + Woods Law PLLC
   Address:         5055 N 12th Street, Phoenix, Arizona 85014
   Telephone:       (480) 999-4556

Jessica Fidler is a Plaintiff and the mother of Plaintiff E.F. She is expected to testify regarding all the facts and circumstances in the Complaint about which she has personal knowledge, including without limitation, conversations with DCS employees, any Defendants, the events leading up to E.F.'s removal, his time in care, hospitalization, and the effects of the trauma she and her son endured.

2. Name:            Alonzo Barboa
   Title:           Case worker
   Organization:    Arizona Department of Child Safety
   Counsel:         Jenn Tetreault, O'Connor & Dyet, P.C.
   Address:         7955 S. Priest Dr., Tempe, AZ 85284
   Telephone:       (602) 241-7000

Alonzo Barboa is expected to testify regarding all aspects of his actions, failures to act, and the entirety of his involvement in the facts and circumstances pertinent to the DCS case, the related dependency action, and Plaintiffs' claims in this lawsuit, including without limitation, his involvement, if any, in investigating the hotline reports of medical abuse and other abuse regarding E.F; the decision to remove E.F. from the care and custody of his mother without the existence of exigent circumstances; his communications, or lack thereof, with other Defendants; his investigation, or lack thereof, of the claims of medical abuse and other abuse; his communications, or lack thereof, with E.F.'s treating physicians in the past, prior to, and during DCS involvement; making medical and/or medication decisions without parental consent; his involvement, if any, in placing E.F. with the home where he was given incorrect medication.

3. Name:            Nichole Garcia
   Title:           Case worker
   Organization:    Arizona Department of Child Safety
   Counsel:         Jenn Tetreault, O'Connor & Dyet, P.C.
   Address:         7955 S. Priest Dr., Tempe, AZ 85284
   Telephone:       (602) 241-7000

Nichole Garcia is expected to testify regarding all aspects of her actions, failures to act, and the entirety of her involvement in the facts and circumstances pertinent to the DCS

case, the related dependency action, and Plaintiffs' claims in this lawsuit, including without limitation, her involvement, if any, in investigating the hotline reports of medical abuse and other abuse regarding E.F; the decision to remove E.F. from the care and custody of his mother without the existence of exigent circumstances; her communications, or lack thereof, with other Defendants; her investigation, or lack thereof of the claims of medical abuse and other abuse; her communications, or lack thereof, with E.F.'s treating physicians in the past, prior to, and during DCS involvement; making medical and/or medication decisions without parental consent; her involvement, if any, in placing E.F. with the home where he was given the wrong medication; services and visitation (or lack thereof); and, communications with service providers, such as certain other Defendants.

4.  Name:          Edwin Wrangler
    Title:         Case worker
    Organization:  Arizona Department of Child Safety
    Counsel:       Jenn Tetreault, O'Connor & Dyet, P.C.
    Address:       7955 S. Priest Dr., Tempe, AZ 85284
    Telephone:     (602) 241-7000

Edwin Wrangler is expected to testify regarding all aspects of his actions, failures to act, and the entirety of his involvement in the facts and circumstances pertinent to the DCS case, the related dependency action, and Plaintiffs' claims in this lawsuit, including without limitation, her involvement, if any, in investigating the hotline reports of medical abuse and other abuse regarding E.F; the decision to remove E.F. from the care and custody of his mother without the existence of exigent circumstances; his communications, or lack thereof, with other Defendants; his investigation, or lack thereof of the claims of medical abuse and other abuse; her communications, or lack thereof, with E.F.'s treating physicians in the past, prior to, and during DCS involvement; making medical and/or medication decisions without parental consent; her involvement, if any, in placing E.F. with the home where he was given the wrong medication; services and visitation (or lack thereof); and, communications with service providers, such as certain other Defendants.

5.  Name:          Dana Burden
    Title:         Case worker
    Organization:  Arizona Department of Child Safety
    Counsel:       Jenn Tetreault, O'Connor & Dyet, P.C.
    Address:       7955 S. Priest Dr., Tempe, AZ 85284
    Telephone:     (602) 241-7000

Dana Burden is expected to testify regarding all aspects of her actions, failures to act, and the entirety of her involvement in the facts and circumstances pertinent to the DCS case, the related dependency action, and Plaintiffs' claims in this lawsuit, including without limitation, her involvement, if any, in investigating the hotline reports of medical abuse and other abuse regarding E.F; the decision to remove E.F. from the care and custody of his mother without the existence of exigent circumstances; her communications, or lack thereof, with Defendants; her investigation, or lack thereof of the claims of medical abuse and other abuse; her communications, or lack thereof, with E.F.'s treating physicians in the past, prior to, and during DCS involvement; making medical and/or medication decisions without parental consent; her involvement, if any, in placing E.F. with the home where he was given the wrong medication; services and visitation (or lack thereof); and, communications with service providers, such as certain other Defendants.

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

6

6. Name:                    Janet Cahill, PhD
   Title:                   Psychologist/DCS Provider
   Counsel:
   Address:                 2884 San Juan Circle, Minden, NV 89423
   Telephone:

Janet Cahill, PhD, was at relevant times contracted by DCS to review E.F.'s medical records. She is expected to testify regarding her education, training, and medical background, her role a, as a contractor for DCS, her review of E.F.'s medical records, and her entire course of conduct in the medical records evaluation of E.F., including without limitation, conversations with and/or information or instructions received from the DCS and other Defendants, conversations with Plaintiffs, conversations with the Scottsdale Police Department, the medical history taken or received from any source regarding E.F., the failure to take a medical history from E.F.'s mother and long-term treating doctors, documents received regarding Plaintiffs, documents reviewed regarding Plaintiffs, as well as any other matters pertinent to her involvement, recommendations to DCS and/or PCH Defendants; and/or any other issues in this matter about which she has information or knowledge.

Plaintiffs will supplement with witnesses and expert witnesses as required.

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

7

**APPENDIX B**

**Description by category and location of documents, data, compilations, and tangible things in possession, custody or control of Plaintiffs which may be used to support claims**

## EXHIBITS

1. Documents/Emails between Maricopa County Attorney's Office and Gilbert Police Department. PLTFS-000001-34.

2. Pleadings

3. Gilbert Police Department Case No: 20-03793. GPD000001-26.

4. Dr. Cahill Psychological Evaluation and Supporting Documents. CAHILL_EVAL000001-59.

5. Banner Desert Medical Records. PLTFS-000298-430.

6. Banner Glendale GI Records. PLTFS-000431-820.

7. Banner Payson Records. PLTFS-000821-854.

8. Banner Pediatric GI Records. PLTFS-000855-1262.

9. Voicemail from DCS Investigator Natasha Pavlina. Not Bates – Audio File.

10. Phone Log. PLTFS-001263-1264.

11. Multidisciplinary Protocol or the Investigation of Child Abuse – Maricopa County. PLTFS-001265-1489.

12. DCS Documents. PLTFS-001490-1500.

13. Emails from Plaintiffs to various State contacts. PLTFS-001501-1580.

14. Transcript of Hotline Call Redacted. PLTFS-001581-1594.

15. Phoenix Children's Hospital Records – Neurology. PLTFS-001595-1607.

16. Theraplay4kidz Records. PLTFS-001608-1616.

17. Emails re ending ALTECS. PLTFS-001617-1619.

18. Aquatic-N-Writing Rehab Records. PLTFS-1620-1621.

19. Rising Star Therapy Specialists Notes. PLTFS-001622-1628.

20. Rising Star Therapy Specialists Care Plan. PLTFS-001629.

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

21. Rising Star Therapy Specialists Evaluation – Speech Therapy. PLTFS-001630-1632.

22. Rising Star Therapy Specialists Evaluation – Physical Therapy. PLTFS-001633-1634.

23. Banner Thunderbird ED Records. PLTFS-001635-1639.

24. Banner Thunderbird Lab Results. PLTFS-001640-1651.

25. Banner Health Records – Medications. PLTFS-001652-1654.

26. GENEDX Report. PLTFS-001655-1658.

27. Excel Care Therapy Records. PLTFS-001659-1847.

28. Beljan Psychological Services Evaluation. PLTFS-001848-1877.

29. Banner Thunderbird Records – Dr. Acosta. PLTFS-001878-1879.

30. Emails re Deficiencies in DCS Records Received. PLTFS-001880

31. Emails re DCS Records Request. PLTFS-001881-1884.

32. DCS Aftercare Plan. PLTFS-001885-1886.

33. Banner Thunderbird ED 2023 Records. PLTFS-001887-2183.

34. Partial DCS Records. PLTFS-002184-2239.

35. Email re DCS Aftercare Plan. PLTFS-002240-2241.

36. Emails re MCAO Public Records Request. PLTFS-002242-2245.

37. Gilbert Police Department Records. PLTFS-002246-2271.

38. Letter re Unsubstantiated from DCS. PLTFS-002272.

39. **Letters to Attorneys General. PLTFS-002273-002294.**

40. **Information Rebutting the Cahill Report. PLTFS-002295-002677.**

41. **Correspondence between DCS and Cahill. PLTFS-002678-002726.**

42. **Mother's Response to DCS' Motion to Suspend Visitation (with Exhibits). PLTFS-002727-002917**

43. **Mother's Motion for Summary Judgment. PLTFS-2918-2953.**

44. **Mother's Curriculum Vitae. PLTFS-002962.**

45. **Mother's Separate Statement of Facts. PLTFS-002954-003030.**

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

Additionally, Plaintiff reserves to use as exhibits:

1. All pleadings of record in this case, including exhibits

2. All exhibits identified by Defendants

3. All discovery or disclosure exchanged in this case

4. All records produced by Defendants.

5. Rebuttal Exhibits as needed.

Note: Plaintiffs may use at trial any witness, expert, or item of evidence disclosed by any party to this action subject to and without waiving any trial objections Plaintiffs may have regarding the same. This notice is to advise all parties that Plaintiffs will not duplicate other parties' disclosures but may at the time of trial rely upon evidence, witnesses, experts, and opinions of experts as if fully disclosed by Plaintiffs without the necessity of duplicating other parties' disclosure statements and attachments thereto; this includes any witness, expert, expert opinions, or items of evidence which are subsequently de-listed by the party initially disclosing the same. Plaintiffs will update this list as more information becomes available.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May, 2026 the foregoing Notice of Service of Discovery was efiled and served upon parties' counsel of record via the Court's CM/ECF system and electronically transmitted the foregoing documents to all Defendants by email through their counsel as noted below

Brian Bergin
Anthony R. Napolitano
BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC
4343 E. Camelback Rd., Ste. 210
Phoenix, AZ 85018
bbergin@bfsolaw.com
anapolitano@bfsolaw.com
*Attorneys for Defendant Cahill*

Daniel J. O'Connor, Jr.
Danny O'Conner, III
Jenn Tetreault
O'CONNOR & DYET, P.C.
7955 S. Priest Dr.
Tempe, AZ 85284
daniel.oconnor@ocdlawfirm.com
danny.oconnor@ocdlawfirm.com
jenn.tetreault@ocdlawfirm.com
*Attorneys for State Defendants*

        /s/

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

11