Thomas A. Connelly (AZ Bar #109430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ #024431)
**GILLESPIE, SHIELDS, & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JESSICA FIDLER, *et al.*, | Case No.: CV-25-00570-PHX-DLR |
| Plaintiffs, | |
| vs. | **STIPULATION TO EXTEND DEADLINES** |
| STATE OF ARIZONA, *et al.*, | |
| Defendants. | |

The parties, by and through their respective undersigned counsel, hereby submit this Stipulation to Extend the Amended Scheduling Order (Doc. 37) Deadlines. The parties affirm that this request is made in good faith, as discussed below, and not for the purpose of delay.

On 4 June 2025 the Parties filed a Joint Motion for Protective Order (Doc. 23) and the Protective Order was entered on 25 of June 2025 (Doc. 24). On 4 February 2026, the

MILLS + WODDS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

Parties filed their Joint Motion to Amed Scheduling Order (First Request) (Doc. 36) which was granted by the Court the 5 February 2026 (Doc. 37).

The Parties have been conducting discovery and have exchanged over 38,500 pages of documents to date.  However, the Parties need additional time to conduct depositions, expert evaluations, and other discovery matters.

Due to Defendant Cahill experiencing serious health issues and undergoing testing to determine her capacity and competency to be disposed and testify at trial.  The Parties have been waiting on Cahill's disclosure of her medical records to further assess her condition.  The disclosure of medical records is necessary to determine her ability to testify, properly evaluate her situation, resolve any potential discovery disputes, and conduct additional discovery as needed.

Additional time will also allow the Parties to conduct appropriate expert discovery, and the records are needed to allow the experts to assess whether or not Cahill's medical condition played a role in her recommendations.

For these reasons, the Parties' respectfully request the Court amend the Scheduling Order as follows:

| Deadline | Current | Proposed |
| --- | --- | --- |
| Plaintiff's Expert Disclosures | May 8, 2026 | **June 19, 2026** |
| Defendants' Expert Disclosures | June 8, 2026 | **July 24, 2026** |
| Plaintiff's Expert Rebuttals | July 6, 2026 | **August 21, 2026** |
| Written Discovery | July 17, 2026 | **October 16, 2026** |
| Lay Witness Depositions | August 26, 2026 | **November 20, 2026** |
| Expert Depositions | August 31, 2026 | **November 20, 2026** |
| Completion of Fact Discovery | August 31, 2026 | **November 20, 2026** |
| Notice of Dispositive Motions | September 7, 2026 | **December 11, 2026** |
| Good Faith Settlement Talks | September 26, 2026 | **December 18, 2026** |
| Dispositive Motions | December 7, 2026 | **March 5, 2027** |

///

**RESPECTFULLY SUBMITTED** this 13th day of May 2026.

MILLS + WOODS LAW PLLC

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

GILLESPIE, SHIELDS, & TAYLOR

By /s/ Jenny D. Jansch
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

O'CONNOR LAW P.C.

By: /s/ Danny O'Connor III (w/ permission)
Daniel J. O'Connor, Jr.
Danny O'Connor III
*Attorneys for State Defendants*

BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC

By: /s/ Brian Bergin (w/permission)
Brian Bergin
Kevin Kasarjian
*Attorneys for Defendant Cahill*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May 2026, I electronically transmitted the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

_/s/ Jenny D. Jansch_

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556