**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| JESSICA FIDLER, *et al.*, | Case No.:  CV-25-00570-PHX-DLR |
| Plaintiffs, | |
| vs. | **AMENDED SCHEDULING ORDER** |
| STATE OF ARIZONA, *et al.*, | |
| Defendants. | |

The Court having reviewed the parties' Stipulation to Extend Scheduling Order Deadlines (Doc. ___), and good cause appearing;

IT IS ORDERED that, pursuant to the parties' stipulation, the deadlines set forth in the April 9, 2025, Order (Doc. 21) and February 5, 2026, Order (Doc. 37) are amended as follows:

| Deadline | Current | New Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures | May 8, 2026 | **June 19, 2026** |
| Defendants' Expert Disclosures | June 8, 2026 | **July 24, 2026** |
| Plaintiff's Expert Rebuttals | July 6, 2026 | **August 21, 2026** |
| Written Discovery | July 17, 2026 | **October 16, 2026** |
| Lay Witness Depositions | August 26, 2026 | **November 20, 2026** |
| Expert Depositions | August 31, 2026 | **November 20, 2026** |
| Completion of Fact Discovery | August 31, 2026 | **November 20, 2026** |
| Notice of Dispositive Motions | September 7, 2026 | **December 11, 2026** |
| Good Faith Settlement Talks | September 26, 2026 | **December 18, 2026** |

| Dispositive Motions | December 7, 2026 | **March 5, 2027** |

All remaining provisions of the Scheduling Order remain unchanged.

Dated this _____ day of May, 2026

_____
Douglas L. Rayes
Senior United States District Judge