# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, | No. CV-25-00570-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation to Extend Deadlines (Doc. 41), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, the Court's Scheduling Order (Doc. 21), as previously amended (Doc. 37) is amended further as follows:

| Deadline | Current | New Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures | May 8, 2026 | **June 19, 2026** |
| Defendants' Expert Disclosures | June 8, 2026 | **July 24, 2026** |
| Plaintiff's Expert Rebuttals | July 6, 2026 | **August 21, 2026** |
| Written Discovery | July 17, 2026 | **October 16, 2026** |
| Lay Witness Depositions | August 26, 2026 | **November 20, 2026** |
| Expert Depositions | August 31, 2026 | **November 20, 2026** |
| Completion of Fact Discovery | August 31, 2026 | **November 20, 2026** |
| Notice of Dispositive Motions | September 7, 2026 | **December 11, 2026** |

| Good Faith Settlement Talks | September 26, 2026 | **December 18, 2026** |
| Dispositive Motions | December 7, 2026 | **March 5, 2027** |

All remaining provisions of the Scheduling Order (Doc. 21) remain unchanged.

Dated this 21st day of May, 2026.

Douglas L. Rayes
Senior United States District Judge