Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS &TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, *et al.*, <br> Defendants. | Case No.: CV-25-000570-PHX-DLR <br><br> **PLAINTIFFS' NOTICE OF ERRATA RE: SECOND SUPPLEMENTAL RULE 26 DISCLOSURE STATEMENT** <br><br> (Hon. Douglas L. Rayes) |

Plaintiffs submit this Notice of Errata to advise that Mother's Curriculum Vitae was inadvertently listed in the second SDS as PLTFS-002962. This inclusion was made in error, as this document was neither disclosed at that time nor will it be produced in this matter. This entry will be struck through in subsequent disclosure statements.

**DATED** this 19th day of June 2026.

By   */s/ DeeAn Gillespie Strub*
    **GILLESPIE, SHIELDS & TAYLOR**
    DeeAn Gillespie Strub
    7319 North 16th Street
    Phoenix, AZ 85020
    *Attorneys for Plaintiffs*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**MILLS + WOODS LAW PLLC**

By      /s/ Thomas A. Connelly
  Thomas A. Connelly
  Robert T. Mills
  Sean A. Woods
  5055 North 12th Street, Suite 101
  Phoenix, AZ 85014