Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
Laura Flores, Bar No. 028057
**O'CONNOR LAW FIRM, P.C.**
7955 South Priest Drive
Tempe, AZ 85284
602-241-7000
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
laura.flores@occlaw.com
*Attorneys for State Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, *et al.*, | Case No.: 2:25-cv-00570-DLR |
| Plaintiffs, | **STATE DEFENDANTS' NOTICE OF SERVICE OF THIRD SUPPLEMENTAL DISCLOSURE STATEMENT** |
| v. | |
| State of Arizona, *et al.*, | (Assigned to the Honorable Douglas L. Rayes) |
| Defendants. | |

NOTICE is hereby given that on July 10, 2026, Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden ("State Defendants") served all counsel via email only:

1.    State Defendants' Third Supplemental Disclosure Statement.

DATED this 13th day of July 2026.

**O'CONNOR LAW FIRM, P.C.**


By:   */s/ Danny O'Connor III*
Daniel J. O'Connor, Jr.
Danny O'Connor III
Laura Flores
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

Brian Bergin
Kevin Kasarjian
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E. Camelback Road, Suite 210
Phoenix, AZ 85018
bbergin@bfsolaw.com
kkasarjian@bfsolaw.com
*Attorneys for Defendant Cahill*

By: */s/ J. Garcia*