Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
Laura Flores, Bar No. 028057
**O'CONNOR LAW FIRM, P.C.**
7955 South Priest Drive
Tempe, AZ 85284
602-241-7000
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
laura.flores@occlaw.com
*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, et al.,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, a government entity; ALONZO BORBOA, individually and as an employee with the State of Arizona Department of Child Safety; NICHOLE GARCIA, individually and as an employee with the State of Arizona Department of Child Safety; EDWIN WANGLER, individually and as an employee with the State of Arizona Department of Child Safety; DANA BURDEN, individually and as an employee with the State of Arizona Department of Child Safety; JANET CAHILL, Ph.D, individually;<br><br>Defendants. | Case No.: 2:25-cv-00570-DLR<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER (DOC. 42)**<br><br>**(Third Request)**<br><br>(Assigned to the Honorable Douglas L. Rayes) |

Pursuant to FED. R. CIV. P. 6(b)(1)(A) and LRCiv 7.3, Plaintiffs Jessica Fidler and E.F. ("Plaintiffs") and Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden ("State Defendants"), and Defendant Janet Cahill (collectively, the "Parties"), respectfully request this Court partially amend the Scheduling Order (Doc. 42) by approximately three months, as set forth below and in the attached Proposed Amended

Scheduling Order. Notably, the parties are not seeking an extension of all deadlines, and will remain on track to meet the current dispositive motion deadline. This is the Parties' third request to extend deadlines in this matter. This request is made in good faith and not for purposes of delay.

Good cause exists for this request because the Parties have been diligently continuing to disclose voluminous records and work through various discovery issues, including Defendant Cahill's health issues. However, additional time is needed for the parties to conduct depositions and for Defendants to conduct an independent psychological exam of Plaintiff E.F. Defendants' child psychology expert is located in California, compounding scheduling and logistical issues for the exam.

For these reasons, the Parties respectfully request the Court amend the Scheduling Order as follows:

| Deadline | Current | Proposed |
|---|---|---|
| Defendants' Expert Disclosures | July 24, 2026 | **October 26, 2026** |
| Plaintiff's Expert Rebuttals | August 21, 2026 | **November 23, 2026** |
| Written Discovery | October 16, 2026 | **October 16, 2026** |
| Lay Witness Depositions | November 20, 2026 | **November 20, 2026** |
| Expert Depositions | November 20, 2026 | **January 15, 2027** |
| Completion of Fact Discovery | November 20, 2026 | **January 15, 2027** |
| Notice of Dispositive Motions | December 11, 2026 | **January 15, 2027** |
| Good Faith Settlement Talks | December 18, 2026 | **January 15, 2027** |
| Dispositive Motions | March 5, 2027 | **March 5, 2027** |

/ / /

/ / /

Dated: July 16, 2026.

**O'CONNOR LAW FIRM, P.C.**


By: */s/ Danny O'Connor III*
     Daniel J. O'Connor, Jr.
     Danny O'Connor III
     Laura Flores
     *Attorneys for State Defendants*

**BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**


By: */s/ Brian Bergin (with permission)*
     Brian Bergin
     Kevin Kasarjian
     *Attorneys for Defendant Cahill*

**MILLS+WOODS LAW PLLC**


By: */s/ Thomas A. Connelly (with permission)*
     Thomas A. Connelly
     Robert T. Mills
     Sean A. Woods
     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS+ WOODS LAW PLLC
5055 North 12th Street, Suite IOI
Phoenix, Arizona 85014
docket@millsandwoods.com

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com

*Attorneys for Plaintiff*

Brian Bergin
Kevin Kasarjian
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E. Camelback Road, Suite 210
Phoenix, AZ 85018
bbergin@bfsolaw.com
kkasarjian@bfsolaw.com
*Attorneys for Defendant Cahill*

By: */s/ J. Garcia*

- 4 -