# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, | Case No.: 2:25-cv-00570-DLR |
| Plaintiff, | |
| v. | **[PROPOSED] AMENDED SCHEDULING ORDER** |
| STATE OF ARIZONA, a government entity; ALONZO BORBOA, individually and as an employee with the State of Arizona Department of Child Safety; NICHOLE GARCIA, individually and as an employee with the State of Arizona Department of Child Safety; EDWIN WANGLER, individually and as an employee with the State of Arizona Department of Child Safety; DANA BURDEN, individually and as an employee with the State of Arizona Department of Child Safety; JANET CAHILL, Ph.D., individually; | |
| Defendants. | |

The Court having reviewed the parties' Joint Motion to Amend the Scheduling Order (Doc. 46), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' Motion, the Court's Scheduling Order (Doc. 42) is amended as follows:

| Deadline | Current | New Deadline |
|---|---|---|
| Defendants' Expert Disclosures | July 24, 2026 | **October 26, 2026** |
| Plaintiff's Expert Rebuttals | August 21, 2026 | **November 23, 2026** |
| Written Discovery | October 16, 2026 | **October 16, 2026** |
| Lay Witness Depositions | November 20, 2026 | **November 20, 2026** |
| Expert Depositions | November 20, 2026 | **January 15, 2027** |
| Completion of Fact Discovery | November 20, 2026 | **January 15, 2027** |
| Notice of Dispositive Motions | December 11, 2026 | **January 15, 2027** |
| Good Faith Settlement Talks | December 18, 2026 | **January 15, 2027** |
| Dispositive Motions | March 5, 2027 | **March 5, 2027** |

Dated this ___ day of July 2026.

_____
Douglas L. Rayes
Senior United States District Judge

- 2 -