IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Fidler, | No. CV-25-00570-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

The Court having reviewed the parties' Joint Motion to Amend Scheduling Order, and good cause appearing;

**IT IS ORDERED** that the parties' joint motion (Doc. 46) is **GRANTED**. The Court's Scheduling Order (Doc. 21), as previously amended (Docs. 37, 42), is amended further as follows:

| Deadline | Current | New Deadline |
|---|---|---|
| Defendants' Expert Disclosures | July 24, 2026 | **October 26, 2026** |
| Plaintiff's Expert Rebuttals | August 21, 2026 | **November 23, 2026** |
| Written Discovery | October 16, 2026 | **October 16, 2026** |
| Lay Witness Depositions | November 20, 2026 | **November 20, 2026** |
| Expert Depositions | November 20, 2026 | **January 15, 2027** |
| Completion of Fact Discovery | November 20, 2026 | **January 15, 2027** |
| Notice of Dispositive Motions | December 11, 2026 | **January 15, 2027** |

| Good Faith Settlement Talks | December 18, 2026 | **January 15, 2027** |
| Dispositive Motions | March 5, 2027 | **March 5, 2027** |

All remaining provisions of the Scheduling Order (Doc. 21) remain unchanged.

Dated this 16th day of July, 2026.

Douglas L. Rayes
Senior United States District Judge

- 2 -