Thomas A. Connelly (AZ Bar #109430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Fidler, *et al.*,<br>Plaintiffs,<br>v.<br>State of Arizona, *et al.*,<br>Defendants. | Case No.: CV-25-00570-PHX-DLR<br><br>**FIRST AMENDED NOTICE OF DEPOSITION OF NICHOLE GARCIA**<br><br>(Hon. Douglas L. Rayes)) |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, testimony upon oral examination of the person whose name, or general description sufficient to identify the person, are stated below, shall occur at the time and place stated below, before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:** NICHOLE GARCIA

**DATE OF EXAMINATION**: October 29, 2026

**TIME OF EXAMINATION**: 10:00 AM

**PLACE OF EXAMINATION**: Gillespie Shields & Taylor
7319 N. 16th Street
Phoenix, Arizona 85020

**COURT REPORTER**: Carrie Reporting LLC

**METHOD OF RECORDING**: Court Reporter

If the person to be examined requires an interpreter, please advise the undersigned as soon as possible, and no later than 5 days prior to the date of the deposition.

**DATED** this 5th day of October 2026.

**MILLS + WOODS LAW PLLC**

By *<u>/s/ Thomas A. Connelly</u>*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

With an email copy to:

Carrie Reporting LLC
2415 E. Camelback Rd., Ste. 700
Phoenix, Arizona 85016
carrie@carriereporting.com

*/s/ Michell Feltes*