Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
Laura Flores, Bar No. 028057
**O'CONNOR LAW FIRM, P.C.**
7955 South Priest Drive
Tempe, AZ 85284
602-241-7000
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
laura.flores@occlaw.com
*Attorneys for State Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Jessica Fidler, *et al.*,

Plaintiffs,

v.

State of Arizona, *et al.*,

Defendants.

Case No.: 2:25-cv-00570-DLR

**STATE DEFENDANTS' NOTICE OF SERVICE OF FOURTH SUPPLEMENTAL DISCLOSURE STATEMENT**

(Assigned to the Honorable Douglas L. Rayes)

NOTICE is hereby given that on October 15, 2026, Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden ("State Defendants") served all counsel via email only:

1. State Defendants' Fourth Supplemental Disclosure Statement.

DATED this 15th day of October 2026.

**O'CONNOR LAW FIRM, P.C.**

By: */s/ Danny O'Connor III*
Daniel J. O'Connor, Jr.
Danny O'Connor III
Laura Flores
*Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

Brian Bergin
Kevin Kasarjian
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E. Camelback Road, Suite 210
Phoenix, AZ 85018
bbergin@bfsolaw.com
kkasarjian@bfsolaw.com
*Attorneys for Defendant Cahill*

By: */s/J. Neilson*