Brian Bergin, #016375
Kevin Kasarjian, #020523
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: (602) 888-7855
Facsimile: (602) 888-7856
bbergin@bfsolaw.com
kkasarjian@bfsolaw.com
*Attorneys for Defendant Cahill*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Fidler, an individual; E.F., a minor, through his parent and guardian Jessica Fidler,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a government entity, et al.,<br><br>Defendants. | Case No.: 2:25-cv-00570-DLR<br><br>**NOTICE OF SERVICE** |

Defendant Janet Cahill, PhD, by and through undersigned counsel, hereby gives notice that Defendant Cahill's Fourth Supplemental Disclosure Statement was served via electronic mail on October 26, 2026.

DATED this 26th day of October, 2026.

**BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**

By: */s/ Kevin Kasarjian*
Brian Bergin
Kevin Kasarjian
4343 East Camelback Road, Suite 210
Phoenix, AZ 85018
*Attorneys for Defendant Cahill*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, I electronically transmitted the foregoing document for filing with the Arizona District Court Clerk's Office using the CM/ECF system for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

By: *<u>/s/ Shelly Hilton</u>*