Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
Laura Flores, Bar No. 028057
**O'CONNOR LAW FIRM, P.C.**
7955 South Priest Drive
Tempe, AZ 85284
602-241-7000
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
laura.flores@occlaw.com
*Attorneys for State Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Fidler, et al.,<br>Plaintiff,<br>v.<br>STATE OF ARIZONA, a government entity; ALONZO BORBOA, individually and as an employee with the State of Arizona Department of Child Safety; NICHOLE GARCIA, individually and as an employee with the State of Arizona Department of Child Safety; EDWIN WANGLER, individually and as an employee with the State of Arizona Department of Child Safety; DANA BURDEN, individually and as an employee with the State of Arizona Department of Child Safety; JANET CAHILL, Ph.D, individually;<br>Defendants. | Case No.: 2:25-cv-00570-DLR<br>**JOINT MOTION TO AMEND SCHEDULING ORDER (DOC. 47)**<br>**(Fourth Request)**<br>(Assigned to the Honorable Douglas L. Rayes) |

Pursuant to FED. R. CIV. P. 6(b)(1)(A) and LRCiv 7.3, Plaintiffs Jessica Fidler and E.F. ("Plaintiffs") and Defendants State of Arizona, Alonzo Borboa, Nichole Garcia, Edwin Wangler, and Dana Burden ("State Defendants"), and Defendant Janet Cahill (collectively, the "Parties"), respectfully request this Court amend certain remaining deadlines in the current Scheduling Order (Doc. 47) by a period of approximately three months, as set forth below

and in the attached Proposed Amended Scheduling Order. This is the Parties' fourth request to extend any deadlines in this matter. This request is made in good faith and not for purposes of delay.

Good cause exists for this request because of the voluminous documents and multiple parties involved. The parties have made good progress since their last request for an extension. For example, Defendant Cahill has provided a report to the parties regarding her capacity to sit for a deposition, and State Defendants have conducted an Independent Psychological Examinations ("IPE") of E.F. The parties have completed exchanging written discovery requests and are working on their responses.

Scheduling of the depositions has been difficult, but the parties have now exchanged possible dates and hope to finalize them next week. One State Defendant who is set to be deposed is currently on extended leave and is not scheduled to return until December 11, 2026. Further, Plaintiffs are not available until after December 1, 2026 for their depositions.

For these reasons, the Parties' respectfully request the Court amend the Scheduling Order as follows:

| **Deadline** | **Current** | **Proposed** |
|---|---|---|
| Defendants' Expert Disclosures | October 26, 2026 | October 26, 2026 |
| Plaintiff's Expert Rebuttals | November 23, 2026 | February 23, 2027 |
| Lay Witness Depositions | November 20, 2026 | February 19, 2027 |
| Expert Depositions | January 15, 2027 | April 15, 2027 |
| Completion of Fact Discovery | January 15, 2027 | April 15, 2027 |
| Notice of Dispositive Motions | January 15, 2027 | April 15, 2027 |
| Good Faith Settlement Talks | January 15, 2027 | April 15, 2027 |
| Dispositive Motions | March 5, 2027 | June 4, 2027 |

Dated: October 28, 2026.

**O'CONNOR LAW FIRM, P.C.**

By: */s/ Laura Flores*
Daniel J. O'Connor, Jr.
Danny O'Connor III
Laura Flores
*Attorneys for State Defendants*

**BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**

By: */s/ Brian Bergin* (w/permission)
Brian Bergin
Kevin Kasarjian
*Attorneys for Defendant Cahill*

**MILLS+WOODS LAW PLLC**

By: */s/ Thomas A. Connelly* (w/permission)
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS+ WOODS LAW PLLC
5055 North 12th Street, Suite IOI
Phoenix, Arizona 85014
docket@millsandwoods.com

DeeAn Gillespie Strub
Jenny D. Jansch
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com

*Attorneys for Plaintiff*

Brian Bergin
Kevin Kasarjian
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E. Camelback Road, Suite 210
Phoenix, AZ 85018
bbergin@bfsolaw.com
kkasarjian@bfsolaw.com
*Attorneys for Defendant Cahill*

By: */s/ J. Garcia*