**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jessica Fidler, et al.,

Plaintiff,

v.

STATE OF ARIZONA, a government entity; ALONZO BORBOA, individually and as an employee with the State of Arizona Department of Child Safety; NICHOLE GARCIA, individually and as an employee with the State of Arizona Department of Child Safety; EDWIN WANGLER, individually and as an employee with the State of Arizona Department of Child Safety; DANA BURDEN, individually and as an employee with the State of Arizona Department of Child Safety; JANET CAHILL, Ph.D., individually;

Defendants.

Case No.: 2:25-cv-00570-DLR

**[PROPOSED] AMENDED SCHEDULING ORDER**

The Court having reviewed the parties' Joint Motion to Amend the Scheduling Order, and good cause appearing;

**IT IS ORDERED** that the parties' joint motion (Doc. 58) is granted. The Court's Scheduling Order (Doc. 21) as previously amended (Docs. 37, 42, 47) is amended further as follows:

| Deadline | Current | Proposed |
|---|---|---|
| Defendants' Expert Disclosures | October 26, 2026 | October 26, 2026 |
| Plaintiff's Expert Rebuttals | November 23, 2026 | February 23, 2027 |
| Lay Witness Depositions | November 20, 2026 | February 19, 2027 |
| Expert Depositions | January 15, 2027 | April 15, 2027 |
| Completion of Fact Discovery | January 15, 2027 | April 15, 2027 |
| Notice of Dispositive Motions | January 15, 2027 | April 15, 2027 |
| Good Faith Settlement Talks | January 15, 2027 | April 15, 2027 |
| Dispositive Motions | March 5, 2027 | June 4, 2027 |

All remaining provisions of the Scheduling Order (Doc. 21) remain unchanged.