**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jessica Fidler,

Plaintiff,

v.

State of Arizona, et al.,

Defendants.

No. CV-25-00570-PHX-DLR

**ORDER**

The Court having reviewed the parties' Fourth Joint Motion to Amend the Scheduling Order, and good cause appearing;

**IT IS ORDERED** that the parties' joint motion (Doc. 58) is **GRANTED**. The Court's Scheduling Order (Doc. 21) as previously amended (Docs. 37, 42, 47) is amended further as follows:

| Deadline | Proposed |
|---|---|
| Defendants' Expert Disclosures | **October 26, 2026** |
| Plaintiff's Expert Rebuttals | **February 23, 2027** |
| Lay Witness Depositions | **February 19, 2027** |
| Expert Depositions | **April 15, 2027** |
| Completion of Fact Discovery | **April 15, 2027** |
| Notice of Dispositive Motions | **April 15, 2027** |

| | |
|---|---|
| Good Faith Settlement Talks | **April 15, 2027** |
| Dispositive Motions | **June 4, 2027** |

All remaining provisions of the Scheduling Order remain unchanged.

Dated this 29th day of October, 2026.

Douglas L. Rayes
Senior United States District Judge