Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Jessica Fidler, *et al.*,
Plaintiffs,
v.
State of Arizona, *et al.*,
Defendants.

Case No.: CV-25-000570-PHX-DLR

**NOTICE OF SERVICE OF DISCOVERY**

(Hon. Douglas L. Rayes)

**NOTICE IS HEREBY GIVEN** that Plaintiffs served: Plaintiff Jessica Fidler's Responses to State Defendants' First Requests for Admission, this same day.

**RESPECTFULLY SUBMITTED** this 16th day of November 2026.

**MILLS + WOODS LAW PLLC**

By *\/s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2026, I caused the foregoing document to be served on counsel of record via the Court's ECF system.

*/s/ Alexander Strub*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556